**Order entered January 23, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00710-CR

### NICHOLAS PHILIP YUKICH, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82747-2011**

## ORDER

The Court **GRANTS** the January 9, 2017 motion of Mitchell R. Nolte to withdraw as appellant's retained counsel. We **DIRECT** the Clerk to remove Mr. Nolte as appellant's retained attorney of record.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed.

- The trial court shall first determine whether appellant desires to pursue the appeal. If the trial court determines appellant no longer desires to pursue the appeal, the trial court shall make a finding to that effect, and no further findings are necessary.

- If the trial court determines that appellant does wish to pursue the appeal, the trial court shall next determine whether appellant is indigent and entitled to court-appointed counsel. If appellant is indigent, we **ORDER** the trial court to appoint counsel to represent him.

- If appellant is not indigent, the trial court shall determine whether appellant has made the necessary arrangements for filing a brief.

We **ORDER** the trial court to transmit a record containing the written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/      LANA MYERS
         JUSTICE